UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAQUAN GARDNER,

       Plaintiff,

    -against-           25-CV-4970 (LTS)

MARK MILLER; C.O. BRYANT; RENEE    ORDER
FULLSHIRE; C.O. JOHN DOE,

       Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff filed this action *pro se*. By order dated August 15, 2025, the Court dismissed this action. (ECF 5.) The Clerk of Court entered judgement on August 21, 2025. (ECF 6.) On September 16, 2025, the Court received Plaintiff's motion for an extension of time to file a notice of appeal (ECF 7) and a notice of appeal (ECF 8).

  Plaintiff's motion for an extension of time to file a notice of appeal is denied as unnecessary. Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure requires a notice of appeal in a civil case to be filed within 30 days of entry of judgment. *See* Fed. R. App. P. 4(a)(1)(A). Judgment was entered on August 21, 2025, and Plaintiff's notice of appeal was received less than 30 days later, on September 16, 2025. Because the appeal is timely, the Court denies Plaintiff's motion for an extension of time to appeal as unnecessary. (ECF 7.) The Court directs the Clerk of Court to terminate the motion on the docket.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 17, 2025
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge